## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICK ANGELINI,<br><br>               Plaintiff,<br><br>    vs.<br><br>BERKSHIRE GREY, INC., TOM WAGNER, PETER BARRIS, JOHN K. DELANEY, FIONA P. DIAS, SVEN STROHBAND, and SERENA WOLFE,<br><br>               Defendants. | **Case No.: 1:23-cv-04040-CM**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Nick Angelini ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment.  Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: August 7, 2023

                        **BRODSKY & SMITH**

                By:   */s/ Evan J. Smith*
                     Evan J. Smith, Esquire
                     240 Mineola Boulevard
                     Mineola, NY  11501
                     Phone: (516) 741-4977
                     Facsimile (561) 741-0626

                     *Attorneys for Plaintiff*